IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK J. BARBIC,                              No. CIV.S-04-0120 WBS DAD PS

    Plaintiff,

  v.                                         <u>FINDINGS AND RECOMMENDATIONS</u>

COUNTY OF PLACER, et al.,

    Defendants.
_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. The matter was referred to a United States Magistrate Judge by Local Rule 72-302(21) pursuant to 28 U.S.C. § 636(b)(1).

        By order filed March 14, 2005, plaintiff was granted thirty days leave to file a second amended complaint. The thirty-day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. Accordingly, the court HEREBY RECOMMENDS that this action be dismissed without prejudice. <u>See</u> L.R. 11-110; Fed. R. Civ. P. 41(b).

1

1    These findings and recommendations are submitted to the
2  United States District Judge assigned to the case, pursuant to the
3  provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
4  served with these findings and recommendations, plaintiff may file
5  written objections with the court.  Such a document should be
6  captioned "Objections to Magistrate Judge's Findings and
7  Recommendations."  Plaintiff is advised that failure to file
8  objections within the specified time may waive the right to appeal the
9  District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir.
10 1991).
11 DATED: April 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.prose/barbic0120.f&r.fta

2